ELISE ELAINE WEISBECKER, Appellant, v. CHARLES WEISBECKER, Respondent. — Order unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of Creditors of the First Russian Insurance Company, Established in 1827, and the Interests of Its Policyholders, Creditors, Stockholders and the Public. FIRST RUSSIAN INSURANCE COMPANY, ESTABLISHED IN 1827, and Others, Appellants, FRANCIS J. DONNELLY, Appellant, SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, as Liquidator, etc., and Others, Respondents.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.; McAvoy and Dore, JJ., dissent and vote to reverse and deny the motion.

SUPREME ENFORCEMENT CORPORATION, Appellant, v. THOMAS MITCHELL and MARY MITCHELL, Respondents.— Determination unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

CATHOLIC WOMEN'S BENEVOLENT LEGION, Respondent, v. JULIUS METVINER and Others, Defendants, Impleaded with ANNETTE METVINER and Others, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

LUMBER MUTUAL CASUALTY INSURANCE COMPANY OF NEW YORK, Respondent, v. ELLIOTT HARDWOOD Co., INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

In the Matter of the Application of JOHN M. WEISS and Others, Respondents, against ALFRED B. JONES, Chairman, and Others, Constituting the New York City Tunnel Authority, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

M. ALBERT WERBLOW, Appellant, v. ROBERT M. WERBLOW, JAMES WERBLOW, DAVID HENRY WERBLOW and GEORGE W. ALGER, Individually and as Trustee under a Certain Agreement Dated June 11, 1936, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondents Robert M. Werblow, James Werblow and David Henry Werblow. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

ELLTAX REALTY CORPORATION, Plaintiff, v. NINETY-FIFTH ST. AND LEXINGTON AVENUE CORPORATION and Others, Defendants. CHARLES KATZ, Appellant, SADE R. DAITZ, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.